# United States District Court

SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV
2008 JAN 18 P 1: 4
B McCarthy
D. DIST. OF GA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

Willie Eugene Collins

Case Number: CR692-00010-001

USM Number: 05672-021

Danny Durham
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of mandatory and standard conditions of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed a federal, state, or local crime (mandatory condition) | October 12, 2007 |

**See page 2 for additional violations.**

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: XXX-XX-8138

Defendant's Date of Birth: 04-17-1952

Defendant's Residence Address:
80 Hensley Road
Cobbtown, Georgia 30420

Defendant's Mailing Address:
In federal custody

January 16, 2008
Date of Imposition of Judgment

Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge

Name and Title of Judge

1/18/08
Date

DEFENDANT: Willie Eugene Collins
CASE NUMBER: CR692-00010-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant committed a federal, state, or local crime (mandatory condition) | November 26, 2007 |
| 3 | The defendant failed to follow the probation officer's instructions (standard condition) | November 26, 2007 |

DEFENDANT: Willie Eugene Collins
CASE NUMBER: CR692-00010-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __48 months__.

[X] The Court makes the following recommendations to the Bureau of Prisons: The Court expresses no opinion on designation.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

  [ ] at ___ [ ] a.m. [ ] p.m. on _____.
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2 p.m. on _____.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
United States Marshal

By _____
Deputy United States Marshal